UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ryan Habrick Meggison**          Docket No. 5:22-CR-233-1D

**Petition for Action on Supervised Release**

COMES NOW Brittany N. Simmons, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ryan Habrick Meggison, who, upon an earlier plea of guilty to Conspiracy to Distribute Fentanyl and Heroin, in violation of 21 U.S.C. § 846, and was sentenced by the Honorable William L. Osteen Jr., U.S. District Judge, on May 29, 2020, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Ryan Habrick Meggison was released from custody on October 29, 2021, at which time the term of supervised release commenced in the Eastern District of North Carolina.

On August 17, 2022, the Middle District of North Carolina was notified of the defendant's drug use and he was allowed to remain on supervision, and continue to participate in treatment. Transfer of jurisdiction was received in the Eastern District of North Carolina on September 22, 2022.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 23, 2022, the defendant tested positive for cocaine. When confronted he admitted use and expressed remorse for his actions. The probation office believes that participation in a cognitive behavioral program will be beneficial in addressing his thought patterns.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Julie W. Rosa<br>Julie W. Rosa<br>Supervising U.S. Probation Officer | /s/ Brittany N. Simmons<br>Brittany N. Simmons<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8669<br>Executed On: October 7, 2022 |

Ryan Habrick Meggison
Docket No. 5:22-CR-233-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __12__ day of __October__, 2022, and ordered filed and made a part of the records in the above case.

_/s/ Dever_
James C. Dever, III
U.S. District Judge